JS-6

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY BONNER,<br><br>       Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, et. al,<br><br>       Defendants. | **CASE NO CV 15-8885-GW(SSx)**<br><br>**ORDER:**<br><br>  **(1) DISMISSING THE ENTIRE ACTION WITH PREJUDICE; AND**<br><br>  **(2) WAIVING ATTORNEYS' FEES AND COSTS**<br><br>District Jdg.: Hon. George H. Wu<br><br><br>Complaint Filed:   April 19, 2017<br>FAC Filed:       April 19, 2018 |

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that pursuant to the Stipulation of the parties and Federal Rules of Civil Procedure, Rule 41 (a)(2) the above entitled action is hereby dismissed in its entirety, with prejudice, as against all Defendants including their past, present, and future officers, supervisors, directors, attorneys, employees, agents, employees, subordinates,

-1-

predecessors, successors-in-interest, assigns, and all other persons, firms, or corporations with whom any Defendants are now, have been, or may hereafter be affiliated.

**IT IS FURTHER ORDERED** that each party waives all claims for attorney's fees and costs under 42 U.S.C. § 1988, and any other provision of law.

**IT IS SO ORDERED.**

DATED: January 2, 2019

_____

**GEORGE H. WU, U.S. District Judge**

(PROPOSED) ORDER: (1) DISMISSING THE ENTIRE ACTION WITH PREJUDICE; AND (2) WAIVING ATTORNEYS' FEES AND COSTS